NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAJD KAM-ALMAZ,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5059

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-007, Judge Lawrence M. Baskir.

---

## ON MOTION

---

## ORDER

Muslim Advocates moves for an extension of time, until September 1, 2011, to file its brief amicus curiae, and for leave to file a brief amicus curiae. The United States opposed the motion for leave.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

(2) Ruling on the motion for leave to file a brief amicus curiae is deferred, pending the court's receipt of the movant's proposed brief. FRAP 29(b) (the motion must be accompanied by the proposed brief).

(3) The brief due date for the United States' brief is stayed, pending the court's receipt of the proposed amicus curiae brief and the court's ruling on the motion for leave.

FOR THE COURT

**AUG 2 5 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Matthew J. Dowd, Esq.
Sarah A. Murray, Esq.
Amjad M. Khan, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 2 5 2011**

**JAN HORBALY**
**CLERK**